COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN RE: NICHOLAS BONACCI,

     Relator.

§          No. 08-12-00008-CV

§      AN ORIGINAL PROCEEDING

§         IN MANDAMUS

§

§

**MEMORANDUM OPINION**

Relator, Nicholas Bonacci has filed a petition for writ of mandamus, *pro se* requesting that this Court order the Honorable Patricia Macias, Judge of the 388th Judicial District Court of El Paso County, Texas to deny the real-party-in-interest's request for dispersal of funds, and other judgment enforcement actions, during the pendency of Relator's appeal. Relator has also filed a motion seeking emergency or temporary relief, asking this Court to stay all further proceedings in the underlying case during the appeal.

Mandamus will issue only to correct a clear abuse of discretion. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992)(orig. proceeding). In addition, there must be no other adequate remedy at law available to the relator. *See In re McAllen Med. Cent.*, 275 S.W.3d 458, 464-65 (Tex. 2008)(orig. proceeding). Based on the petition and record before us, Relator has failed to establish that he is entitled to relief by writ of mandamus. *See* TEX.R.APP.P. 52.8. The petition, and the related motion for emergency or temporary relief are therefore denied.

GUADALUPE RIVERA, Justice

January 18, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.